IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 14 1997
NANCY DOHERTY, CLERK
By _____
         Deputy

| | |
|---|---|
| TEXAS-ROSEWIN-MIDWAY, INC., § § Plaintiff, § § VS. § SCOTTSDALE INSURANCE COMPANY, § INC., ET AL., § § Defendants. § | NO. 4:97-CV-758-A |

## O R D E R

Came on for consideration the above-captioned cause in which Texas-Rosewin-Midway, Inc. ("TRM"), is plaintiff, and Scottsdale Insurance Company, Inc. ("Scottsdale"), and Investigative Consultants, Inc. ("ICI"), are defendants. On October 17, 1997, TRM filed a motion for dismissal of ICI, without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. As of this date, the court has received no response from ICI. Upon consideration of such motion, the court concludes that it should be granted. Therefore,

The court ORDERS that all claims and causes of action asserted by TRM against ICI in the above-captioned cause be, and are hereby, dismissed without prejudice.

The court determines that there is no just reason for delay in, and hereby directs, entry of final judgment as to the



THIS DOCUMENT ENTERED
ON DOCKET ON 11/17 19 97
PURSUANT TO
RULES 58 AND 79(a).

\10

dismissal of the claims of TRM against ICI

SIGNED November 14, 1997.

_____
JOHN McBRYDE
United States District Judge